IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE L. FIELDS,**

      **Petitioner,**

v.                                                       Case No. 4:15cv138-MW/GRJ

**GREG DRAKE,**

      **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.5, and has also reviewed *de novo* Petitioner's objections to the report and recommendation. ECF No.6. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** over Petitioner's objections as this Court's opinion. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED** under the *Younger v. Harris* abstention doctrine.

**SO ORDERED on April 14, 2015.**

                                               s/Mark E. Walker
                                               **United States District Judge**